```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                       Case No. 17-26096-C
Andrew Hanzo                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-2          User: jbrm                Page 1 of 1         Date Rcvd: Oct 02, 2017
                              Form ID: L146             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             Andrew Hanzo,    1104 Tess Dr,    Arbuckle, CA 95912-9769
aty           +Edward A. Treder,    20955 Pathfinder Road, Ste 300,    Diamond Bar, CA 91765-4029
aty           +Michael Benavides,    6381 Auburn Blvd,   Citrus Heights, CA 95621-5273
cr            +Nationstar Mortgage LLC,    Barrett Daffin Frappier Treder & Weiss,    4004 Belt Line Rd #100,
                Addison, TX 75001-4320
22233875       Almond Ranch Estates Trident,    1110 Civic Center Blvd 102,    Yuba City CA 95993-3014
22233879       Nationstar,   8950 Cypress Waters Blvd,    Coppell TX 75019-4620
22233880      +United States Attorney,    For Internal Revenue Service,    501 I St Ste 10-100,
                Sacramento CA 95814-7306
22233881       United States Department of Justice,    Civil Trial Section Western Region Box,
                683 Ben Franklin Sta,    Washington DC 20044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             E-mail/Text: legalmail@cusick13.com Oct 03 2017 03:45:54      David Cusick,    PO Box 1858,
                Sacramento, CA 95812-1858
smg            EDI: EDD.COM Oct 03 2017 03:18:00      Employment Development Department,
                Bankruptcy Group, MIC 92E,    PO Box 826880,   Sacramento, CA 94280-0001
22233877       EDI: CALTAX.COM Oct 03 2017 03:18:00      Franchise Tax Board,    Bankruptcy Sections MS A-340,
                PO Box 2952,    Sacramento CA 95812-2952
22233876       EDI: CALTAX.COM Oct 03 2017 03:18:00      Franchise Tax Board,
                Chief Counsel c o General Counsel Secti,    PO Box 1720,    Rancho Cordova CA 95741-1720
22233878       EDI: IRS.COM Oct 03 2017 03:18:00     IRS,    PO Box 7346,   Philadelphia PA 19101-7346
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

FORM L146 Order Dismissing Case for Failure to Timely File Document(s)   (v.02.15)      17–26096 – C – 13C

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:    17–26096 – C – 13C

Debtor Name(s), Social Security Number(s), and Address(es):

Andrew Hanzo
1104 Tess Dr
Arbuckle, CA 95912–9769

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:   10/2/17           ORDERED PURSUANT TO GENERAL ORDER 14–04
                                      FOR THE COURT
                                      Wayne Blackwelder, Clerk

By: __jbrm_____
                Deputy Clerk